# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | ) | 3:13-cv-00010-RCJ-WGC |
| | ) | |
| WINDSPIRE ENERGY, INC., | ) | **MINUTES OF THE COURT** |
| | ) | |
| Debtor. | ) | July 17, 2013 |
| ————————————————— | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GIACOMO MARINI, et al., | ) | |
| | ) | |
| Defendants | ) | |
| ————————————————— | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the parties' Joint Motion re Case Management Report.  (Doc. # 132.)  The parties request an extension of two days within which to submit their case management report up to and including July 19, 2013, and also request an extension of the page limit of the report to twenty pages, citing the complexity of the case as well as the number and type of claims.

Good cause appearing, the motion (Doc. # 132) is **GRANTED.**  The parties shall have **up to and including July 19, 2013,** to file their case management report, which report may be extended to **twenty pages** in length.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
                    Deputy Clerk